IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jesse Vernon LaLone, | ) | C/A No. 2:20-cv-03106-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Major Morton, Officer Judd, A Porter, Bonnie, Sergeant Brown, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court based on a *sua sponte* review of the record in relation to the court's August 27, 2021 Opinion and Order adopting the July 12, 2021 Report and Recommendation of Magistrate Judge Mary Gordon Baker. [ECF No. 39.] Based on the court's review, it appears Plaintiff Jesse Vernon LaLone ("Plaintiff") was transferred from Kirkland Correctional Institution to Perry Correctional Institution during the course of the litigation. As a result of the transfer, it appears Plaintiff did not receive a copy of the Report and Recommendation, ECF No. 36, or this court's August 27, 2021 Order, ECF No. 39.

Accordingly, the court hereby **VACATES** its August 27, 2021 Order, ECF No. 39, and returns the matter to Magistrate Judge Mary Gordon Baker for further action.

**IT IS SO ORDERED.**

/s/ Sherri A. Lydon
United States District Judge

October 4, 2021
Florence, South Carolina

1